UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

           Plaintiff,

-against-

WORLD TRADE CENTER; UNITED STATES SD COURT; CITY OF NEW YORK (HRA),

           Defendants.

19-CV-10903 (CM)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    In an order dated November 7, 2019, and entered the next day, the Court barred Plaintiff from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6 (S.D.N.Y. Nov. 7, 2019). On November 22, 2019, Plaintiff filed this new *pro se* action in which she seeks to proceed IFP. But she has not sought leave from the Court to file this action. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the November 7, 2019 order.

    The Clerk of Court is directed to assign this matter to my docket and note service on the docket. Plaintiff has consented to receive electronic service of Court filings. (ECF No. 3.) The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 18, 2019
          New York, New York

                                      COLLEEN McMAHON
                                 Chief United States District Judge